IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

QUINTEN L. JACKSON,                          *
    Plaintiff
                                                                                                                          *

v.                                                                       CIVIL ACTION NO. WDQ-09-3083
                                                                                          *

DIAN JARVIS
    Defendant                                *
                                                                                       ******

MEMORANDUM OPINION

On May 28, 2009, the Court received a civil rights complaint from Plaintiff, who alleges that he was unlawfully arrested by the Hagerstown Drug Task Force. Paper No. 1. He also raises several concerns regarding his conditions of confinement at the Washington County Detention Center. *Id*. Plaintiff's motion for leave to proceed in forma pauperis ( Paper No. 2) is granted.

Plaintiff claims that he was subjected to an unlawful search and seizure, and subsequently arrested, tried and convicted. Paper No. 1. A plaintiff who seeks to recover damages under § 1983 for actions whose unlawfulness would render a conviction or sentence invalid must first prove that the conviction or sentence has been reversed, expunged, invalidated, or otherwise called into question. *See Heck v. Humphrey*, 512 U.S. 477, 486-87 and nn. 6-8 (1994) ("a § 1983 cause of action for damages attributable to an unconstitutional conviction or sentence does not accrue until the conviction or sentence has been invalidated"). Plaintiff has failed to demonstrate that his conviction has been reversed, expunged or invalidated. As such, Plaintiff's claims regarding his arrest and trial shall be dismissed.

With regard to claims concerning conditions of confinement at the Washington County Detention Center, Plaintiff claims that he was denied medical care, improperly housed, assaulted by

other inmates, and had false infractions filed against him. Rule 8(a) of the Federal Rules of Civil Procedure requires the submission of complaints that include (1) a short and plain statement of the grounds upon which this Court has jurisdiction; (2) a short and plain statement of the claim showing that Plaintiff is entitled to relief; and (3) a demand for judgment for the relief Plaintiff seeks.  The paperwork submitted by Plaintiff contains none of the above.  For that reason, Plaintiff's claims regarding his incarceration shall be dismissed without prejudice.[1]  Should he choose to refile any claim, Plaintiff is advised that he is required to file a **separate** complaint, using court-approved forms, for each of the alleged constitutional violations.  He is further advised that should he choose to refile any claim, he must state the name of the person he wishes to sue and indicate how that person's actions violated his constitutional rights.   A separate Order follows.

 December 14, 2009           /s/
Date             William D. Quarles, Jr.
               United States District Judge

---

[1] The undersigned will direct the Clerk to provide Plaintiff a prisoner civil rights form packet, which contains the format and instructions required for those filing such an action in this Court.